UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                              Plaintiffs,

   -against-

ELITE MEDICAL SUPPLY OF NEW YORK, LLC,
GARY NIKIEL,
                The "Elite Defendants",
   -and-

JOHN WARD, D.C., WALTER MENDOZA, D.C.,
TODD GOLDMAN, D.C.,
 GEOFFREY GEROW, D.C., HSIYEN-YI LU, D.C.,
BERNARD SENGSTOCK, D.C., OLEG BARSHAY, D.C.,
And MICHAEL KIMMEL, D.C.,

                The "Chiropractor Defendants".
-------------------------------------------------------------------------X

Civil Action No.:  2:**17-CV-03904**

**STIPULATION TO EXTEND TIME TO ANSWER**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as attorneys for the parties to the above entitled proceeding, that the time for Defendant WALTER MENDOZA, D.C. to Answer in response to the underlying Summons and Complaint is hereby extended up to, and including, December 15, 2017.

IT IS ALSO HEREBY STIPULATION AND AGREED that Defendant, WALTER MENDOZA, D.C., by its attorneys, waives any objections to service.  For the purposes of this stipulation, facsimile signatures shall be deemed originals.  The stipulation may be executed in parts.

Dated: Melville, New York
        November 16, 2017

By: Michael Tomforde, Esq. (MT 9604)
**DASH LAW FIRM, PC**
Attorneys for Defendant
WALTER MENDOZA, D.C.
P.O. Box 280
Farmingdale, NY 11735
(631) 465-0058

**By: Sean Gorton, Esq.**
**RIVKIN RADLER, LLP**
Attorneys for Plaintiffs
GOVERNMENT EMPLOYEES INS. CO.,
GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000