UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

                Plaintiffs,

  -against-

ELITE MEDICAL SUPPLY OF NEW YORK, LLC,
GARY NIKIEL,

        The "Elite Defendants"

  -and-

JOHN WARD, D.C., WALTER MENDOZA, D.C.,
TODD GOLDMAN, D.C., GEOFFREY GEROW. D.C.,
HSIYEN-YI LU, D.C., BERNARD SENGSTOCK, D.C.,
OLEG BARSHAY, D.C., and MICHAEL KIMMEL, D.C.,

        The "Chiropractor Defendants".
---------------------------------------------------------------x

Case No.: 17-cv-03904
(JFB)(SIL)

**STIPULATION
TO EXTEND
TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the Defendant, Oleg Barshay, D.C.'s ("Defendant Barshay" or "Defendant") time to Answer the Complaint is hereby extended from January 5, 2018, up to and including February 9, 2018. Facsimile and/or e-mail signatures will be deemed as originals for all purposes hereunder.

Dated: Brooklyn, New York
       January 5, 2017

RIVKIN RADLER LLP

By: _____
   Justin Calabrese (JC-5436)
   Sean Gorton, Esq.
   *Attorneys for Plaintiffs*
   926 RXR Plaza
   Uniondale, New York 11556
   Tel.: (516) 357-3000

ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, FORMATO, FERRARA, WOLF
& CARONE, LLP

*/s/ Mark L. Furman*
By: _____
   Mark L. Furman (MF-4456)
   *Attorneys for Defendant Oleg Barshay, D.C.*
   1 MetroTech Center, Suite 1701
   Brooklyn, New York 11201
   Tel.: (718) 215-5300